**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TINA L. VINOCUR,

Plaintiff,

v.

PEPPER PIKE CAPITAL PARTNERS, LLC and PEPPER PIKE PROPERTY MANAGEMENT, LLC,

Defendants.

Case No. 21-cv-11858

Hon. Terrence G. Berg

---

Brian J. Farrar (P79404)
Raymond J. Sterling (P34456)
Attorneys for Plaintiff
STERLING ATTORNEYS AT LAW, P.C.
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48403
(248) 644-1500
bfarrar@sterlingattorneys.com
rsterling@sterlingattorneys.com

Courtney L. Nichols (P75160)
Attorney for Defendants
PLUNKETT COONEY
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 594-6360
cnichols@plunkettcooney.com

---

**DEFENDANTS' ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND RELIANCE ON JURY DEMAND**

Defendants, PEPPER PIKE CAPITAL PARTNERS, LLC and PEPPER PIKE PROPERTY MANAGEMENT, LLC, for their Answer to Plaintiff's Complaint, state as follows:

1. In answer to Paragraph 1 of Plaintiff's Complaint, Defendants neither admit nor deny the allegations contained therein for lack of information and leave Plaintiff to her strict proofs.

2. Defendants admit the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendants admit the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendants admit the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Defendants admit the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Defendants admit the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendants admit the PP Capital is the sole member of PP Property.

8. Defendants admit the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. In answer to Paragraph 9 of Plaintiff's Complaint, Defendants neither admit nor deny the allegations contained therein for lack of information and leave Plaintiff to her strict proofs.

10. In answer to Paragraph 10 of Plaintiff's Complaint, Defendants neither admit nor deny the allegations contained therein for lack of information and leave Plaintiff to her strict proofs.

11. Defendants admit the allegation contained in Paragraph 11 of Plaintiff's Complaint.

12. In answer to Paragraph 12 of Plaintiff's Complaint, Defendants admit that Plaintiff was employed by Defendant Pepper Pike Property Management, LLC. Defendants deny that Plaintiff was an employee of Pepper Pike Capital Partners for the reason that same is untrue.

## GENERAL ALLEGATIONS

13. Defendants admit the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. Defendants admit the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Defendants admit the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. Defendants admit the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. In answer to Paragraph 17 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

18. In answer to Paragraph 18 of Plaintiff's Complaint, Defendants neither admit nor deny the allegations contained therein for lack of information and leave Plaintiff to her strict proofs.

19. In answer to Paragraph 19 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

20. In answer to Paragraph 20 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

21. In answer to Paragraph 21 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

22. In answer to Paragraph 22 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

23. In answer to Paragraph 23 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

24. In answer to Paragraph 24 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

25. In answer to Paragraph 25 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

26. In answer to Paragraph 26 of Plaintiff's Complaint, Defendants neither admit nor deny what Kristie Arnst allegedly told Plaintiff for lack of sufficient information but deny that Defendants were "discriminating against [P]laintiff" as alleged for the reason that claim is untrue.

27. In answer to Paragraph 27 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

**COUNT I**

**ALLEGED AGE/SEX/WEIGHT DISCRIMINATION IN VIOLATION OF THE MICHIGAN ELLIOTT-LARSEN CIVIL RIGHTS ACT**

28. Defendants, for their response to Paragraph 28 of Plaintiff's Complaint, incorporate by reference the admissions, denials, and defenses set forth in Paragraphs 1 through 27 of this Answer.

29. In answer to Paragraph 29 of Plaintiff's Complaint, Defendants state this Paragraph calls for a legal conclusion and need not be answered. By way of further answer, Defendant Pepper Pike Capital Partners expressly denies that it was Plaintiff's employer under the Michigan Elliott-Larsen Civil Rights Act.

30. In answer to Paragraph 30 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

31. In answer to Paragraph 31 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

32. In answer to Paragraph 32 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

33. In answer to Paragraph 33 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

34. In answer to Paragraph 34 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

## COUNT II

## ALLEGED RETALIATION IN VIOLATION OF THE MICHIGAN ELLIOTT-LARSEN CIVIL RIGHTS ACT

35. Defendants, for their response to Paragraph 35 of Plaintiff's Complaint, incorporate by reference the admissions, denials, and defenses set forth in Paragraphs 1 through 34 of this Answer.

36. In answer to Paragraph 36 of Plaintiff's Complaint, Defendants state this Paragraph calls for a legal conclusion and need not be answered. To the extent an answer is required, Defendants deny that they engaged in any alleged discriminatory practices for the reason that claim is untrue.

37. In answer to Paragraph 37 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

38. In answer to Paragraph 38 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

39. In answer to Paragraph 39 of Plaintiff's Complaint, Defendants deny the allegations contained therein for the reason that same are untrue.

40. In answer to Paragraph 40 of Plaintiff's Complaint, including sub-paragraphs (A)-(D), Defendants deny the allegations contained therein and that Plaintiff is entitled to any of the requested relief.

WHEREFORE, having fully answered, Defendants respectfully request that this Court dismiss Plaintiff's Complaint with prejudice and order Plaintiff to pay Defendants' reasonable attorneys' fees and such other costs as this Court may deem appropriate.

Respectfully submitted,

*/s/ Courtney L. Nichols*
Courtney L. Nichols (P75160)
PLUNKETT COONEY
Attorney for Defendants
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 594-6360
Fax: (248) 901-4040
cnichols@plunkettcooney.com

**AFFIRMATIVE DEFENSES**

NOW COME Defendants, PEPPER PIKE CAPITAL PARTNERS, LLC and PEPPER PIKE PROPERTY MANAGEMENT, LLC, by their attorneys, submits their affirmative defenses, as follows:

1. There are no genuine issues as to any material fact, and therefore Defendants are entitled to summary judgment as a matter of law.

2. Plaintiff has failed to state a claim in whole or in part upon which relief may be granted and therefore, Defendants are entitled to dismissal or summary judgment as a matter of law.

3. Plaintiff's claim as to Pepper Pike Capital Partners, LLC fails as a matter of law because she was not employed by Pepper Pike Capital Partners, LLC.

4. Plaintiff's claims fail as a matter of law because she did not suffer any adverse employment action.

5. Plaintiff's claim of constructive discharge fails as a matter of law because she voluntarily resigned from her employment with Pepper Pike Property Management, LLC.

6. Plaintiff may have failed, in whole or in part, to mitigate her damages.

7. Plaintiff may have failed to exhaust internal grievance procedures or remedies or to take advantage of preventative and/or corrective opportunities provided by her employer.

8. Plaintiff's claims may be barred by the doctrines of waiver, release, accord and satisfaction.

9. Plaintiff's claims may be barred by the doctrine of after-acquired evidence.

10. Plaintiff's retaliation claims fail as a matter of law because she did not engage in protected activity as defined by applicable law.

11. Plaintiff's retaliation claims fail as a matter of law because she cannot identify any alleged action taken by Defendants in relation to her alleged protected activity.

12. Defendants reserve the right to amend their affirmative defenses and include additional affirmative defenses as they become known and necessary during the court of trial.

WHEREFORE, having fully answered, Defendants respectfully request that this Court dismiss Plaintiff's Complaint with prejudice and order Plaintiff to pay Defendants' reasonable attorneys' fees and such other costs as this Court may deem appropriate.

Respectfully submitted,

*/s/ Courtney L. Nichols*
Courtney L. Nichols (P75160)
PLUNKETT COONEY
Attorney for Defendants
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 594-6360
Fax: (248) 901-4040
cnichols@plunkettcooney.com

**RELIANCE ON JURY DEMAND**

NOW COMES Defendants, PEPPER PIKE CAPITAL PARTNERS, LLC and PEPPER PIKE PROPERTY MANAGEMENT, LLC, by their attorneys, and hereby rely upon the jury demand previously filed in the above-entitled cause of action.

Respectfully submitted,

*/s/ Courtney L. Nichols*
Courtney L. Nichols (P75160)
PLUNKETT COONEY
Attorney for Defendants
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 594-6360
Fax: (248) 901-4040
cnichols@plunkettcooney.com

**PROOF OF SERVICE**

The undersigned certifies that on September 20, 2021, a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

| | |
|---|---|
| ☐ Hand delivery | ☐ Overnight mail |
| ☐ U.S. Mail | ☐ Facsimile |
| ☐ Email | ☒ Electronic Filing System |

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

*/s/ Gina Amesse*

Gina Amesse

Open.02503.04717.27190264-1