MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tina L. Vinocur,

Plaintiff. Case No. 21-cv-11858

V

Pepper Pike Capital Partners, LLC and
Pepper Pike Property Management, LLC,

Defendants.

______________________________________/

**STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4 Pepper Pike Capital Partners, LLC and Pepper Pike Property Management, LLC make the following disclosure: *(NOTE: A negative report, if appropriate, is required)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   1. Yes ☐ No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐ No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

PLUNKETT COONEY

/s/ Courtney L. Nichols
Courtney L. Nichols (P75160)
Attorney for Defendants
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
248-901-4000
cnichols@plunkettcooney.com

Dated: September 20, 2021

**PROOF OF SERVICE**

Pursuant to MCR 2.107(D), the undersigned certifies that a copy of the foregoing document was served upon the attorneys of record of all parties to the above cause at their respective business addresses as disclosed by the pleadings of record herein on September 20, 2021 by:

- [ ] U.S. Mail
- [ ] Express Mail
- [ ] Facsimile
- [ ] Hand Delivery
- [ ] UPS Overnight Mail
- [x] E-File

Further, I declare under penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

*/s/ Gina Amesse*

Gina Amesse