**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TINA L. VINOCUR,

    Plaintiff,

v.

PEPPER PIKE CAPITAL PARTNERS, LLC and
PEPPER PIKE PROPERTY MANAGEMENT,
LLC,

    Defendants.

Case No. 21-cv-11858

Hon. Terrence G. Berg

---

| | |
|---|---|
| Brian J. Farrar (P79404) | Courtney L. Nichols (P75160) |
| Raymond J. Sterling (P34456) | Attorney for Defendants |
| Attorneys for Plaintiff | PLUNKETT COONEY |
| STERLING ATTORNEYS AT LAW, P.C. | 38505 Woodward Ave., Ste. 100 |
| 33 Bloomfield Hills Pkwy., Ste. 250 | Bloomfield Hills, MI 48304 |
| Bloomfield Hills, MI 48403 | (248) 594-6360 |
| (248) 644-1500 | cnichols@plunkettcooney.com |
| bfarrar@sterlingattorneys.com | |
| rsterling@sterlingattorneys.com | |

---

## STIPULATION FOR ORDER OF DISMISSAL OF DEFENDANTS

The parties hereto, by their respective counsel, hereby Stipulate and agree to the entry of the attached Order dismissing Plaintiff's action against **DEFENDANTS PEPPER PIKE CAPITAL PARTNERS, LLC** and **PEPPER PIKE PROPERTY MANAGEMENT, LLC** with prejudice and without costs, interest or attorney fees to any party.

By: */s/ Brian J. Farrar (w/permission)*  
Brian J. Farrar (P79404)  
STERLING ATTORNEYS AT LAW, P.C.  
Attorney for Plaintiff

By: */s/ Courtney L. Nichols*  
Courtney L. Nichols (P75160)  
PLUNKETT COONEY  
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KRISTIE L. ARNST,  USDC Case No. 21-cv-11858

    Plaintiff,

v.

PEPPER PIKE CAPITAL PARTNERS, LLC and
PEPPER PIKE PROPERTY MANAGEMENT, LLC,

    Defendants.

## ORDER OF DISMISSAL

Upon the reading and filing of the attached Stipulation and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's action against **DEFENDANTS PEPPER PIKE CAPITAL PARTNERS, LLC** and **PEPPER PIKE PROPERTY MANAGEMENT, LLC.** is dismissed with prejudice and without costs, interest or attorney fees to any party. The Court retains jurisdiction to enforce any settlement agreement between the parties.

This Order resolves the last pending claim and closes the case.

                                                /s/Terrence G. Berg
                                                U.S. DISTRICT COURT JUDGE

Dated: June 2, 2022